**James Edward WINGFIELD, Petitioner–Appellant,**

v.

**Gene M. JOHNSON, Director, Virginia Department of Corrections, Respondent–Appellee.**

**No. 02–7730.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 26, 2003.

James Edward Wingfield, Appellant Pro Se. Amy L. Marshall, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James Edward Wingfield seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Wingfield has not made a substantial showing of the denial of a constitutional right. *See Wingfield v. Johnson,* No. CA–01–484–AM (E.D. Va. filed Sept. 24, 2002 & entered Sept. 25, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*